IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SEMCRUDE, L.P., *et al.*,<br><br>               Debtors. | Chapter 11<br><br>Case No. 08-11525 (BLS)<br>Jointly Administered<br><br>Related to Docket Nos. 7544 and 7545 |
| CONOCOPHILLIPS COMPANY,<br><br>               Plaintiff,<br><br>v.<br><br>SEMCRUDE, L.P., *et al.*,<br><br>               Defendants. | Adversary No. 08-51457 (BLS)<br><br>Related to Adv. Docket Nos. 135 and 136 |
| PLAINS MARKETING, L.P.,<br><br>               Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., *et al.*,<br><br>               Defendants. | Adversary No. 09-51003 (BLS)<br><br>Related to Adv. Docket Nos. 126 and 127 |
| J. ARON & COMPANY,<br><br>               Plaintiff,<br><br>v.<br><br>SEMGROUP, L.P., *et al.*,<br><br>               Defendants. | Adversary No. 09-50038 (BLS)<br><br>Related to Adv. Docket Nos. 227 and 228 |

| | |
|---|---|
| B.P. OIL SUPPLY COMPANY, | Adversary No. 09-50105 (BLS) |
| Plaintiff, | Related to Adv. Docket Nos. 189 and 190 |
| v. | |
| SEMGROUP, L.P., *et al.*, | |
| Defendants. | |

## NOTICE OF APPEAL

Defendants in the above-captioned actions, Arrow Oil & Gas, Inc.; Braden-Deem, Inc.; Calvin Noah, d/b/a Calvin Noah Oil Company; CMX, Inc.; Davis Petroleum, Inc.; Daystar Petroleum, Inc.; DC Energy, Inc.; D.E. Exploration, Inc.; Dunne Equities, Inc.; GRA EX, LLC; Herman L. Loeb, LLC; J & D Investments, LLC; L & J Oil Properties, Inc.; Lance Ruffel Oil & Gas Corporation; Landmark Resources, Inc.; Lario Oil & Gas Company; LD Drilling, Inc.; McCoy Petroleum Corporation; McGinness Oil Company of Kansas; Mid-Continent Energy Corporation; Molitor Oil, Inc.; Mull Drilling Company, Inc.; Murfin Drilling Company, Inc.; Osborn Heirs Company, Ltd.; Pickrell Drilling Company, Inc.; RAMA Operating Company, Inc.; Red Oak Energy, Inc.; Ritchie Exploration, Inc.; Short & Short, LLC; Tempest Energy Resources, LP; TGT Petroleum Corporation; Thoroughbred Associates, LLC; Tripower Resources, Inc.; V.J.I. Natural Resources, Inc.; Veenker Resources, Inc.; Vess Oil Corporation; Viking Resources, Inc.; Vincent Oil Corporation; W.D. Short Oil Company, LLC; Wellstar Corporation; White Exploration, Inc.; and White Pine Petroleum Corporation (collectively, the "Producer Defendants")[1], pursuant to 28 U.S.C. § 158(a)(1) and in accordance with Rules 8001

---

[1] None of the Producer Defendants listed in this Notice of Appeal have been named as defendants in the *ConocoPhillips Company v. SemCrude, L.P., et al.*, adversary proceeding (No. 08-51547). Further, only Mull

and 8002 of the Federal Rules of Bankruptcy Procedure, hereby give notice they are appealing from the Bankruptcy Court's Order and Accompanying Opinion Denying the Producers' Motions to Dismiss[2], entered in the above-captioned adversary proceedings on the 9th day of April, 2010, by the Honorable Brendan Linehan Shannon, United States Bankruptcy Court for the District of Delaware.

The relevant parties with respect to the above-captioned proceedings and the names, addresses and telephone numbers of their respective counsel are attached hereto as Exhibit A.

Dated: April 21, 2010

Respectfully submitted,

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ Karen M. Grivner
Norman L. Pernick (No. 2290)
Karen M. Grivner (No. 4372)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

-and-

MCKOOL SMITH, P.C.

Peter S. Goodman
Kyle A. Lonergan
One Bryant Park, 47th Floor
New York, NY 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

-and-

---

Drilling Company, Inc., Murfin Drilling Company, Inc., and Vess Oil Corporation have been named as defendants in the *Plains Marketing, L.P., v. Bank of America, N.A., et al.*, adversary proceeding (No. 09-51003).

[2] An order denying a motion to dismiss for lack of subject matter jurisdiction represents a "final order" subject to review on appeal as of right. *See Gibbons v. Stemcor USA (In re B.S. Livingston & Co.)*, 186 B.R. 841, 849-850 (D.N.J. 1995) (citing *Matter of Christian*, 804 F.2d 46, 48 (3d Cir. 1986)).

Hugh Ray
Basil Umari
600 Travis Street, Suite 7000
Houston, TX 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344

*Counsel for the Producer Defendants*

# **EXHIBIT A**

| Party | Counsel |
|---|---|
| Producer Defendants | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.<br>Norman L. Pernick (No. 2290)<br>Karen M. Grivner (No. 4372)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Fax: (302) 652-3117<br><br>-and-<br><br>MCKOOL SMITH, P.C.<br>Peter S. Goodman<br>Kyle A. Lonergan<br>One Bryant Park, 47th Floor<br>New York, NY 10036<br>Telephone: (212) 402-9400<br>Fax: (212) 402-9444<br><br>-and-<br><br>Hugh Ray<br>Basil Umari<br>600 Travis Street, Suite 7000<br>Houston, TX 77002<br>Telephone: (713) 485 7300<br>Fax: (713) 485-7344 |

| Party | Counsel |
|---|---|
| ConocoPhillips Company | WOMBLE CARLYLE SANDRIDGE & RICE, PLLC<br>Francis A. Monaco, Jr. (No. 2078)<br>Kevin J. Mangan (No. 3810)<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>Telephone: (302) 252-4361<br><br>-and-<br><br>LOCKE LORD BISSEL & LIDDEL, LLP<br>Philip G. Eisenberg<br>W. Steven Bryant<br>3400 JPMorgan Chase Tower<br>600 Travis Street<br>Houston, TX 77002<br>Telephone: (713) 226-1200<br>Fax: (713) 229-2536<br><br>-and-<br><br>Omer F. Kuebel III<br>C. Davin Boldissar<br>601 Poydras Street, Suite 2660<br>New Orleans, LA 70130-6036<br>Telephone: (504) 558-5100<br>Fax: (504) 558-5200 |

46428/0001-6475539v2

| Party | Counsel |
|---|---|
| J. Aron & Company | ASHBY & GEDDES, P.A.<br>Don A. Beskrone (No. 4380)<br>Amanda M. Winfree (No. 4615)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Telephone: (302) 654-1888<br>Fax: (302) 654-2067<br><br>-and-<br><br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>Evan A. Davis<br>Thomas J. Moloney<br>Boaz S. Morag<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone: (212) 225-2000<br>Fax: (212) 225-3999 |
| B.P. Oil Supply Company | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>Jennifer R. Hoover (No. 5111)<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801<br>Telephone: (302) 442-7010<br>Fax: (302) 442-7012<br><br>-and-<br><br>KELLEY DRYE & WARREN LLP<br>David Zalman<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 808-7800<br>Fax: (212) 808-7897 |

46428/0001-6475539v2

| Party | Counsel |
|---|---|
| Plains Marketing, L.P. | PACHULSKI STANG ZIEHL JONES LLP<br>Bradford J. Sandler (No. 4142)<br>Mark M. Billion (No. 5263)<br>919 N. Market St., 17th Floor<br>PO Box 8705<br>Wilmington, DE 19899-8705<br>Telephone: (302) 442-7010<br>Fax: (302) 442-7012<br><br>-and-<br><br>AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.<br>John Zavitsanos<br>Demetrios Anaipakos<br>Michael Murhy<br>1221 McKinney St., Suite 3460<br>Houston, TX 77010<br>Telephone: (713) 655-1101<br><br>-and-<br><br>KELLY HART & HALLMAN LLP<br>Michael A. McConnell<br>Clay M. Taylor<br>201 Main Street, Suite 2500<br>Fort Worth, Texas 76102<br>Telephone: (817) 332-2500<br>Fax: (817) 878-9280 |

4

46428/0001-6475539v2